**Opinion filed June 9, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00121-CV
_____

## IN THE INTEREST OF C.S., A CHILD

**On Appeal from the 42nd District Court**
**Coleman County, Texas**
**Trial Court Cause No. CV21-01027**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a pro se notice of appeal from the trial court's order denying Appellant's motion to vacate an order retaining the case on the trial court's docket. Upon reviewing the documents filed in this court, we wrote Appellant and informed her that it did not appear that the order from which she appealed was a final, appealable order. We requested that Appellant respond and show grounds to continue this appeal. *See* TEX. R. APP. P. 42.3.

Appellant has filed a response in which she asserts substantive grounds related to her motion to vacate. Appellant, however, fails to show grounds upon which this appeal may continue at this time. Unless specifically authorized by statute, appeals

may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order by which the trial court denies a motion to vacate an order to retain the case on the trial court's docket is not a final, appealable order as it does not dispose of all of the parties' claims below. Furthermore, we are aware of no statutory authority that permits an interlocutory appeal from such an order.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

June 9, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.